```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 18852
    VICTOR ORDUNA
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
          Debtor
    SSN XXX-XX-7257
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

The case was filed on 07/22/2008 and was confirmed 10/02/2008.

The plan was confirmed to pay secured creditors 100% and unsecured creditors 100.00%.

The case was dismissed after confirmation 11/13/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| RESMAE MORTGAGE CORP | CURRENT MORTG | .00 | .00 | .00 |
| RESMAE MORTGAGE CORP | MORTGAGE ARRE | .00 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 32408.00 | .00 | .00 |
| NEXTEL | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| JAYANTI G PATEL MD | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1683.96 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 527.21 | .00 | .00 |
| PRA RECEIVABLES MANAGEME | UNSECURED | 609.20 | .00 | .00 |
| BENNIE W FERNANDEZ | DEBTOR ATTY | 2,373.00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

Summary of Receipts and Disbursements:

---

|  | RECEIPTS | DISBURSEMENTS |
|---|---:|---:|
| TRUSTEE | .00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | .00 |
| DEBTOR REFUND | | .00 |
| TOTALS | .00 | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE
              CASE NO. 08 B 18852 VICTOR ORDUNA

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 02/24/09                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 08 B 18852 VICTOR ORDUNA
```